

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

March 29, 2024

<u>**VIA ECF**</u>
Hon. Arun Subramanian
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *A.W. v. N.Y.C. Dep't of Education*, 23-cv-9881 (AS)(SDA)

Dear Judge Subramanian:

     I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

     I write to respectfully request a 4-week adjournment of the initial conference, from April 5, 2024 to May 3, 2024. Plaintiff consents to this request. This is the first request to adjourn the initial conference. The requested extension will give the parties time to engage in settlement discussions. The parties are hopeful that they can settle this matter without further burden on the Court's time, just as they did recently in the matters of *A.D. v. N.Y.C. Dep't of Educ.*, 23-cv-9840 (VEC) (settled March 13, 2024); *A.M. v. N.Y.C. Dep't of Educ.,* 23-cv-8748 (PAC) (settled March 14, 2024); *R.M. v. N.Y.C. Dep't of Educ.*, 23-5510 (GHW) (settled Feb. 28, 2024); and *R.A. v. N.Y.C. Dep't of Educ.*, 21-cv-11188 (ALC) (settled Jan. 23, 2024), to name just a few cases.

     Accordingly, Defendant respectfully requests that the initial conference be adjourned to May 3, 2024. Thank you for considering this request.

                                                                 Respectfully submitted,

                                                                */s/*

                                                              Martha Nimmer, Esq.
                                                              Special Assistant Corporation Counsel

cc: Benjmain Kopp, Esq. (via ECF)

The initial pretrial conference is adjourned *sine die*. Plaintiff should submit a motion for fees no later than May 3, 2024 if the case has not been settled. That date will not move. The Clerk of Court is directed to terminate the motion at ECF No. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 29, 2024